| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:

DISTRICT OF NEBRASKA

Case number *(if known)* _____    Chapter  **11**

☐ Check if this an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
**Carlisle Senior Living, LLC**

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)  
**84-3593438**

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **10909 M. Street**<br>**Omaha, NE 68137**<br>Number, Street, City, State & ZIP Code | **Larry Williams**<br>**PO Box 1227**<br>**Idyllwild, CA 92549**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Douglas**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)  _____

**6. Type of debtor**  
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor **Carlisle Senior Living, LLC** _____ Case number (*if known*) _____
     Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

Debtor **Carlisle Senior Living, LLC** _____ Case number (*if known*) _____
    Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | Relationship | _____ |
|---|---|---|---|
| District | _____ When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
    Contact name _____
    Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 3

Debtor  **Carlisle Senior Living, LLC**  _____    Case number (*if known*) _____
Name

|  | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
|  | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
|  | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **Carlisle Senior Living, LLC**  
      Name

Case number (*if known*)

---

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **April  2, 2024**  
             MM / DD / YYYY

**X  /s/ Larry Williams**                    **Larry Williams**  
Signature of authorized representative of debtor       Printed name

Title  **Member**

**18. Signature of attorney**

**X  /s/ Patrick R. Turner**                  Date  **April  2, 2024**  
Signature of attorney for debtor                          MM / DD / YYYY

**Patrick R. Turner**  
Printed name

**Turner Legal Group, LLC**  
Firm name

**14707 California Street, #1**  
**Omaha, NE 68154**  
Number, Street, City, State & ZIP Code

Contact phone  **402-690-3675**        Email address  **pturner@turnerlegalomaha.com**

**23461 NE**  
Bar number and State

**United States Bankruptcy Court**
District of Nebraska

In re   Carlisle Senior Living, LLC                                      Case No. _____
                                        Debtor(s)                        Chapter   11

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Larry Williams**, declare under penalty of perjury that I am a **Manager** of **Carlisle Senior Living, LLC** (the "Corporation"), through my capacity as an owner of Windsor Business Solutions, Ltd., a member of the Corporation and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said Corporation at a special meeting duly called and held on the 2nd day of April, 2024.

Whereas, it is in the best interest of this Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code in the State of Nebraska;

Be It Therefore Resolved, that **Larry Williams**, a **Manager** of this Corporation through his capacity as an owner of Windsor Business Solutions, Ltd., a member of the Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Larry Williams**, a **Manager** of this Corporation through his capacity as an owner of Windsor Business Solutions, Ltd., a member of the Corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Larry Williams**, a **Manager** of this Corporation through his capacity as an owner of Windsor Business Solutions, Ltd., a member of the Corporation, is authorized and directed to employ **Patrick R. Turner**, attorney and the law firm of **Turner Legal Group, LLC** to represent the Corporation in such bankruptcy case.

Date  April 2, 2024                              Signed  /s/ Larry Williams
                                                          Larry Williams

# Resolution of Board of Directors
## of
## Carlisle Senior Living, LLC

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code in the State of Nebraska;

Be It Therefore Resolved, that **Larry Williams**, a **Manager** of this Corporation through his capacity as an owner of Windsor Business Solutions, Ltd., a member of the Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the Corporation in the State of Nebraska; and

Be It Further Resolved, that **Larry Williams**, a **Manager** of this Corporation through his capacity as an owner of Windsor Business Solutions, Ltd., a member of the Corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Larry Williams**, a **Manager** of this Corporation through his capacity as an owner of Windsor Business Solutions, Ltd., a member of the Corporation, is authorized and directed to employ **Patrick R. Turner**, attorney and the law firm of **Turner Legal Group, LLC** to represent the Corporation in such bankruptcy case.

Date **April 2, 2024**　　　　　　　　　　Signed _/s/ Randall Smith_
　　　　　　　　　　　　　　　　　　　　Name **Kanati Investments, LLC**
　　　　　　　　　　　　　　　　　　　　By　　**Randall Smith, Member**


Date **April 2, 2024**　　　　　　　　　　Signed _____
　　　　　　　　　　　　　　　　　　　　Name **Parsons Management Group, LLC**
　　　　　　　　　　　　　　　　　　　　By　　**H.F. Parsons**


Date **April 2, 2024**　　　　　　　　　　Signed _/s/ Larry Williams_
　　　　　　　　　　　　　　　　　　　　Name **Windsor Business Solutions, Ltd.**
　　　　　　　　　　　　　　　　　　　　By　　**Larry Williams**

**Fill in this information to identify the case:**

Debtor name  **Carlisle Senior Living, LLC**

United States Bankruptcy Court for the:  DISTRICT OF NEBRASKA

Case number (if known)  _____

☐ Check if this is an amended filing

# Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### ■ Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April  2, 2024**           X **/s/ Larry Williams**
                                            Signature of individual signing on behalf of debtor

                                            **Larry Williams**
                                            Printed name

                                            **Member**
                                            Position or relationship to debtor

Official Form 202        **Declaration Under Penalty of Perjury for Non-Individual Debtors**

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Carlisle Senior Living, LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF NEBRASKA** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Douglas County Treasurer 1819 Farnam StreetH-02 Omaha, NE 68183** | | | Unliquidated | | | Unknown |
| **Douglas County Treasurer 1819 Farnam StreetH-02 Omaha, NE 68183** | | **10909 M. Street Omaha, NE 68137 Value is from 2023 Appraisal.** | Unliquidated | Unknown | $8,783,000.00 | Unknown |
| **Internal Revenue Service Centralized Insolvency Operation P.O. Box 7346 Philadelphia, PA 19101** | | | Unliquidated | | | Unknown |
| **Nebraska Department of Revenue Bankruptcy Unit P.O. Box 94818 Lincoln, NE 68509** | | | Unliquidated | | | Unknown |

# United States Bankruptcy Court
### District of Nebraska

In re **Carlisle Senior Living, LLC**

Debtor(s)

Case No.

Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Kanati Investments, LLC** | | | **30% of Membership Units** |
| **Parsons Management Group, LLC** | | | **30% of Membership Units** |
| **Windsor Busines Solutions, Ltd.** | | | **30% of Membership Units** |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the **Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **April  2, 2024**

Signature **/s/ Larry Williams**

**Larry Williams**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
### District of Nebraska

In re  **Carlisle Senior Living, LLC**
Debtor(s)

Case No.
Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **April 2, 2024**

**/s/ Larry Williams**
**Larry Williams**/**Member**
Signer/Title

Camille Hawk
Walentine O'Toole
11240 Davenport
Omaha, NE 68154


Douglas County Treasurer
1819 Farnam StreetH-02
Omaha, NE 68183


Douglas County Treasurer
1819 Farnam StreetH-02
Omaha, NE 68183


Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101


Nebraska Department of Revenue
Bankruptcy Unit
P.O. Box 94818
Lincoln, NE 68509


Newport Blue Impact, LP
100 Bayview Circle Suite 2200
Newport Beach, CA 92660


Newport Blue Impact, LP
567 San Nicolas Drive Suite 230
Newport Beach, CA 92660

# United States Bankruptcy Court
## District of Nebraska

In re    **Carlisle Senior Living, LLC**
                                          Debtor(s)

Case No.
Chapter    **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Carlisle Senior Living, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Kanati Investments, LLC**

**Parsons Management Group, LLC**

**Windsor Busines Solutions, Ltd.**

☐ None [*Check if applicable*]

**April  2, 2024**
Date

**/s/ Patrick R. Turner**
**Patrick R. Turner**
Signature of Attorney or Litigant
Counsel for   **Carlisle Senior Living, LLC**
**Turner Legal Group, LLC**
**14707 California Street, #1**
**Omaha, NE 68154**
**402-690-3675**
**pturner@turnerlegalomaha.com**